## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Brittany Marie Lincoln, | ) | Case No. 1:24-cr-205 |
| | ) | |
| Defendant. | ) | |

On May 12, 2026, the court issued an order conditionally releasing Defendant on May 15, 2026, to the Good Road Recovery Center ("Good Road") for treatment. (Doc. No. 54). On May 15, 2026, the court learned that Defendant, through no fault of her own, is unable to remain at Good Road beyond May 18, 2026, but has secured a placement at the Prairie Recovery Center ("PRC"), where she can begin treatment on May 18, 2026.

Accordingly, the court on its own motion shall modify Defendant's release conditions as follows. Defendant shall remain at Good Road until May 18, 2026. On May 18, 2026, Defendant shall transition to and reside at PRC, fully participate in its treatment programming, and comply with its rules and regulations. Defendant must sign all release forms to allow the Pretrial Service Officer to obtain information from PRC and to communicate with facility staff about Defendant's progress in the program. Any passes allowed by PRC must be approved by the Pretrial Services Officer. If for any reason Defendant is terminated from PRC, she must immediately surrender to the custody of the United States Marshal. At least 96 hours prior to anticipated completion of PRC's treatment programming, Defendant must advise the Pretrial Services Officer of her anticipated completion date so the court may schedule a hearing to review her release status. If Defendant successfully completes

PRC's treatment programming, the Pretrial Services Officer may approve Defendant's transition to an appropriate sober living home. Defendant remains subject to all other conditions of release previously imposed by the court in its May 12, 2026, that are not inconsistent with this order.

**IT IS SO ORDERED.**

Dated this 15th day of May, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court