**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER REVOKING PRETRIAL RELEASE** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Brittany Marie Lincoln, | ) | Case No. 1:25-cr-00254 |
| | ) | |
| Defendant. | ) | |

---

On September 10, 2026, defendant appeared before the court on a Petition for Revocation of Pretrial Release. At the conclusion of the hearing, Defendant was ordered detained pending a detention hearing set for September 14, 2026. At the outset of the detention hearing, defendant advised that she was not contesting the allegations contained in the petition.

For the reasons articulated on the record, the court **REVOKES** defendant's pretrial release. Defendant is committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States marshal for the purpose of an appearance in connection with court proceedings. Defendant's name shall be placed on the list for potential placement at a residential reentry center.

**IT IS SO ORDERED.**

Dated this 14th day of September, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court